1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724
   E-Mail: Christine.Wong@usdoj.gov
8

9  Attorneys for Applicant

**FILED**

JUL 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

**WDB**

4-08-70411 **NJV**

13  UNITED STATES OF AMERICA,           )   NO.
                                         )
14       Plaintiff,                      )   SEALING APPLICATION AND
                                         )   SEALING ORDER
15  v.                                   )
                                         )
16  PHILLIP GOUDEAU,                     )
                                         )
17       Defendant.                      )

18  _____

19       The United States hereby applies for an order directing that the Criminal Complaint and

20  Arrest Warrant in the above-entitled matter, together with this application, and this Court's

21  sealing order, be kept under seal until further order of the Court. The United States believes that

22  disclosure of this Motion, the Criminal Complaint, Arrest Warrant, and this Sealing Order might

23  cause the subject of its investigation to flee, jeopardizing the execution of the arrest warrant. The

24  United States further requests that copies of the Criminal Complaint and Arrest Warrant be

25  provided to special agents of the United States Secret Service so that the arrest warrant may be

26  served at the appropriate time in the investigation.

27       The United States requests that the above-described materials be sealed to prevent the

28

SEALING APPLICATION AND ORDER

1

Document No.
District Court
Criminal Case Processing

1  subject of the investigation from learning of the existence of the arrest warrant and fleeing.

2  WHEREFORE, I respectfully request that the Court issue an order granting this

3  application.

4  DATED: July 8, 2008                              Respectfully submitted,

5                                                   JOSEPH P. RUSSONIELLO
                                                    United States Attorney

8                                                   CHRISTINE Y. WONG
                                                    Assistant United States Attorney

## ORDER

11  For good cause shown, IT IS HEREBY ORDERED THAT:

12  The complaint and arrest warrant in the above-entitled matter, together with this application

13  and this Court's sealing order, be kept under seal until further order of the Court. The executing

14  agents or officers are permitted to provide a copy of the arrest warrant.

17  DATED: 7/8/08                                   HONORABLE NANDOR J. VADAS
                                                    UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER

2