1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612-5217
   Telephone:  (510) 637-3717
7  Facsimile:  (510) 637-3724
   E-Mail:     Christine.Wong@usdoj.gov
8

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14  UNITED STATES OF AMERICA,        )    No. MJ 08-70411 WDB
                                     )
15        Plaintiff,                 )
                                     )    [PROPOSED] ORDER AND
16  v.                               )    STIPULATION FOR CONTINUANCE
                                     )    FROM JULY 29, 2008 TO AUGUST 4,
17  PHILLIP GOUDEAU,                 )    2008, AND EXCLUDING TIME FROM
                                     )    THE SPEEDY TRIAL ACT
18        Defendant.                 )    CALCULATION (18 U.S.C. §
                                     )    3161(h)(8)(A)) AND WAIVING TIME
19  _____ )    LIMITS UNDER RULE 5.1

20

21

22        With the agreement of the parties, and with the consent of the defendant, the Court enters this

23  order scheduling an arraignment or preliminary hearing date of August 4, 2008 at 10:00 A.M.

24  before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

25  hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

26  Speedy Trial Act, 18 U.S.C. § 3161(b), from July 29, 2008, to August 4, 2008. The parties agree,

27  and the Court finds and holds, as follows:

28        1.  The defendant has been released on a $75,000 personal recognizance bond to be co-
    signed by two sureties.

                                          1

1    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

2    3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective

3    preparation, taking into account the exercise of due diligence.

4    3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

5    preliminary hearing.

6    4. Counsel for the defense believes that postponing the preliminary hearing is in her

7    client's best interest, and that it is not in her client's interest for the United States to indict the

8    case during the normal 20-day timeline established in Rule 5.1.

9    5. The Court finds that, taking into the account the public interest in the prompt

10   disposition of criminal cases, these grounds are good cause for extending the time limits for a

11   preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,

12   the Court finds that the ends of justice served by excluding the period from July 29, 2008, to

13   August 4, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  §

14   3161(h)(8)(A).

15   6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary

16   hearing date before the duty magistrate judge on August 4, 2008, at 9:30A.M. *10:00 pm*, and (2) orders that

17   the period from July 29, 2008 to August 4, 2008 be excluded from the time period for

18   preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act

19   calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

2

1    IT IS SO STIPULATED:

2

3    DATED:        July 21, 2008            _____/s/_____
                                            COLLEEN MARTIN
4                                           Attorney for Defendant

5

6    DATED:        July 21, 2008            _____/s/_____
                                            CHRISTINE Y. WONG
7                                           Assistant United States Attorney

8

9    IT IS SO ORDERED.

10

11   DATED: _7/24/08_____                   _____
                                            HON. WAYNE D. BRAZIL
12                                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28