AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1029(a)(2) – Access Device Fraud;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ PHILLIP GOUDEAU

DISTRICT COURT NUMBER
CR08-510 DLJ

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Christine Y. Wong, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

ATTACHMENT

Count 1:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count 2:
Statutory sentence of 24 months imprisonment
$100 SA

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR08-510 DLJ

FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

PHILLIP GOUDEAU,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1029(a)(2) – Access Device Fraud;
18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

---

A true bill.

_____ Deputy Foreman

Filed in open court this 30th day of July 2008

_____ Clerk

Bail, $ _____

no summons is requested

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney



FILED
JUL 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br>  PHILLIP GOUDEAU,  <br>  Defendant. | CR08-510 DLJ  <br>  VIOLATIONS: 18 U.S.C. § 1029(a)(2) – Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft  <br>  OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

**COUNT ONE**: [18 U.S.C. § 1029(a)(2) – Access Device Fraud]

From in or about September 2007 until in or about January 2008, in the Northern District of California, the defendant,

PHILLIP GOUDEAU,

attempted to and did knowingly and with intent to defraud use unauthorized access devices, and by such conduct did affect interstate commerce and obtain something of value aggregating at least $1,000 during any one-year period, namely approximately $167,000 from bank accounts of victims, in violation of Title 18, United States Code, Section 1029(a)(2).

INDICTMENT
U.S. v. GOUDEAU

1  **COUNT TWO**: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

2  From in or about September 2007 up to, and including, in or about January 2008, in the
3  Northern District of California, the defendant,

4  PHILLIP GOUDEAU,

5  did knowingly possess and use, without lawful authority, a means of identification of another
6  person, specifically fraudulent California driver's licenses in the name of nine victims, during
7  and in relation to a felony violation of 18 U.S.C. § 1029(a)(2) as alleged in Count One,
8  incorporated by reference, in violation of Title 18, United States Code, Section 1028A(a)(1).

10  DATED:                                          A TRUE BILL.

11  July 30, 2008
12                         Deputy    FOREPERSON

14  JOSEPH P. RUSSONIELLO
    United States Attorney

17  DOUGLAS SPRAGUE
    Chief, Oakland Division

18  (Approved as to form: _____
19                         AUSA Christine Wong

INDICTMENT
U.S. v. GOUDEAU