**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**Criminal Pretrial Minute Order**</u>
**JUDGE D. LOWELL JENSEN**
**Date:  August 15, 2008**

**Clerk: Frances Stone**
**Court Reporter: Raynee Mercado**

**Plaintiff:**  United States

**v.**                                                    **No.** CR-08-00510-DLJ

**Defendant:** Phillip David Goudeau [present; not in custody]

**Appearances for AUSA:** Christine Wong

**Appearances for Defendant:** Colleen Martin

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| **STATUS** | **-HELD** |

**Notes:**

**Case Continued to 9/19/08 at 9:00AM   for  Stat  or Change of Plea**

**Case Continued to:**          **for**
**Case Continued to:**          **for**
**Motions to be filed by:**         **Opposition Due:**

**Case Continued to**                         **for Pretrial Conference**

**Case Continued to**          **for**               **Trial**

**Excludable Delay: Category: Begins:    8/15/08     Ends: 9/19/08**